Greg S. Como (013187) como@lbbslaw.com
Spencer T. Proffitt (027455) proffitt@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona  85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jine Eng, <br><br> Plaintiff, <br><br> vs. <br><br> Hartford Life and Accident Insurance Company,  Discover Financial Services, Group Long Term Disability Plan for Employees of Discover Financial Services, <br><br> Defendants. | No. 10-cv-00560 JWS <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff and defendants hereby stipulate to the dismissal of all of plaintiff's claims against the defendants, with each party to bear its own attorneys' fees and costs.  Plaintiff's counsel has authorized defense counsel to file this stipulation on his behalf.

RESPECTFULLY SUBMITTED January 7, 2011.

**SCOTT E. DAVIS PC**                        **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By /s/ Greg S. Como for         .       By /s/ Greg S. Como                              .
       Scott E. Davis                                      Greg S. Como
Attorneys for Jine Eng                            Spencer T. Proffitt
                                                              Attorneys for Hartford Life and Accident Ins. Co.

I hereby certify that on January 7, 2011, I electronically transmitted the foregoing document to the Clerk's office using the Court's CM/ECF System and thereby served all counsel of record in this matter.

 /s/ Kathleen Biondolillo

4822-1293-0568.1